BEFORE: VIKTOR V. POHORELSKY     DATE: 12/21/11
            U.S. MAGISTRATE JUDGE     START TIME: 10:00 a.m
                                                                     END TIME: 10:30 a.m.

DOCKET NO.   CV-10-5091                            JUDGE: ENV

CASE NAME:   Williams v. City of New York, et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Discovery Hearing

APPEARANCES:    Plaintiff     Gabriel Harvis, Afsaan Saleem, Paul Hale
                            Defendant    Alexandra Corsi

SCHEDULING AND RULINGS:

1. As the standards for granting a motion for reconsideration are not met, the motion is DENIED. For reasons stated on the record, the court's discovery deadline must be enforced. Nevertheless, in the interests of justice, the plaintiff is granted the opportunity to depose one of the defendant officers, since the defendants unilaterally canceled one of the deposition dates agreed upon by the parties.

2. The final deadline for the above deposition, as well as the completion of any other depositions permitted by prior orders of the court, is January 13, 2012. Should any party encounter difficulties in scheduling the deposition dates despite earnest efforts to do so, they must make an immediate application to the court.

3. As dispositive motions are not anticipated, the parties are to proceed to prepare a Joint Pretrial Order that complies with Judge Vitaliano's requirements on the following schedule:

    a. Not later than January 30, 2012, counsel for the plaintiff shall serve a draft Pre-Trial Order on opposing counsel;
    b. Not later than February 17, 2012, counsel for the defendants shall serve a counter-draft Pre-Trial Order on counsel for the plaintiff;
    c. All counsel thereafter shall confer and cooperate in the preparation of a single Joint Pre-Trial Order to be signed by all counsel and submitted at the conference scheduled below.

4. A pretrial conference will be held on **February 29, 2012 at 2:00 p.m.** As settlement will be discussed, individuals with plenary settlement authority are to be available by telephone during the conference.